FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-747 JAK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. | |
| Jessica Gomez | |
| Defendant. | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A. (X) the appearance of the defendant as required; and/or

B. ( ) the safety of any person or the community.

1  The Court concludes that:

2  A.  (X)  Defendant failed to present clear and convincing evidence to
3       establish that Defendant is not a risk of flight because:
4       ALLEGATIONS OF FAILURE TO APPEAR FOR TRTMT
5       ADMITTED DRUG USE
6       _____
7       _____
8

9  B.  ( )  Defendant failed to present clear and convincing evidence to
10      establish that Defendant does not pose a risk to the safety of other
11      persons or the community because:
12      _____
13      _____
14      _____
15      _____
16

17  IT IS ORDERED that defendant be detained.

18
19  DATE: Nov 20, 2013
20
21                              _____
                                HON. MICHAEL R. WILNER
22                              UNITED STATES MAGISTRATE JUDGE